# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GERMAINE BOMAR,

           Plaintiff(s),

v.

CITY OF PONTIAC,

           Defendant(s).
_____/

CIVIL ACTION NO. 08-12629

HON. JOHN FEIKENS

## SCHEDULING ORDER

The following dates constitute the **Order of this Court.**

1. Closing date for all Discovery: **1/30/2009**

2. Deadline for filing Dispositive Motions: **3/2/2009**

3. Settlement Conference date and time: **5/12/2009, 2:00 P.M.**

4. Deadline for filing Joint Pretrial Statement: **5/12/2009, 2:00 P.M.**

5. Jury Trial set for: **6/2/2009, 9:00 A.M.**

                        **s/John Feikens**
                        John Feikens
                        United States District Judge

Dated: August 5, 2008

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 5, 2008.

s/Carol Cohron
Deputy Clerk