# In The Matter Of:

*Germaine Bomar   v.*
*City of Pontiac, et al*

*David Wheatcroft*
*January 22, 2009*

*Luzod Reporting Service, Inc.*
*The Ford Building*
*615 Griswold - Suite 815*
*Detroit, MI  48226*
*(313) 962-1176    FAX: (313) 962-7073*

*Original File 41272.V1, 26 Pages*
*Min-U-Script® File ID: 1621586619*

**Word Index included with this Min-U-Script®**

Page 6

[1] **A:** No.
[2] **Q:** Do you have a recollection of that day?
[3] **A:** Some recollection.
[4] **Q:** Did you write any reports concerning that day?
[5] **A:** No, I did not.
[6] **Q:** It is my understanding that there was a drug raid being
[7] conducted at the Neome Street address; is that correct?
[8] **A:** Correct.
[9] **Q:** And you were participating in that with several other
[10] officers?
[11] **A:** Yes.
[12] **Q:** Do you remember who was in charge of the raid?
[13] **A:** I don't recall whose raid it was. Sergeant Cosby was
[14] the supervisor.
[15] **Q:** You participated in that raid at 56 Neome Street?
[16] **A:** Correct.
[17] **Q:** Would it be correct to say that you and several other
[18] officers left that scene to go to 154 North Genesee?
[19] **A:** Yes.
[20] **Q:** Do you remember what led you to go to the North Genesee
[21] address?
[22] **A:** We were informed that there was supposed to be a car
[23] showing up at the Neome address that had some drugs and
[24] weapons in it.
[25] **Q:** Who informed you of that?

Page 7

[1] **A:** I don't recall who, specifically.
[2] **Q:** Was there a connection between that car and the North
[3] Genesee address?
[4] **A:** We set up outside waiting for the car to show up. A car
[5] came around the corner onto Neome, seen us, backed up
[6] and sped off.
[7] **Q:** Were you outside to see that?
[8] **A:** Yes.
[9] **Q:** Prior to that, if you know, had another car shown up
[10] before that time and had been detained by officers on
[11] the raid crew?
[12] **A:** Yes.
[13] **Q:** So this was a second car that arrived on the scene?
[14] **A:** Correct.
[15] **Q:** You are indicating that it backed up on Neome Street and
[16] left?
[17] **A:** Yeah, it backed up from Neome onto Elizabeth Lake Road.
[18] **Q:** What happened after that?
[19] **A:** The car went west on Elizabeth Lake. Myself, Officer
[20] Main and Officer Wood got into another vehicle.
[21] **Q:** All right. Slow down. You, Officer Main and who else?
[22] **A:** I believe it was Officer Wood.
[23] **MR. GOLDSTEIN:** John or Brian?
[24] **THE WITNESS:** Brian.
[25]

Page 8

[1] **BY MR. HUGHES:**
[2] **Q:** Could you describe for me what he looks like in
[3] terms of height, weight, race?
[4] **MR. GOLDSTEIN:** Main or Brian Wood?
[5] **MR. HUGHES:** Brian Wood.
[6] **A:** He's roughly six foot, white male, blond hair, probably
[7] 190 pounds.
[8] **BY MR. HUGHES:**
[9] **Q:** So all three of you left the location at Neome
[10] Street?
[11] **A:** Correct.
[12] **Q:** Who was driving the vehicle that you left in?
[13] **A:** I don't recall exactly who was driving.
[14] **Q:** You say the vehicle backed up down Neome Street and went
[15] westbound on Elizabeth Lake?
[16] **A:** Correct.
[17] **Q:** Was there a point in time when you lost the visual
[18] contact with that vehicle?
[19] **A:** Yes.
[20] **Q:** Then what direction did your car go, I guess?
[21] **A:** We went south on Neome, and Neome wraps around and comes
[22] back into Genesee.
[23] **Q:** Was the thought at that time that you may intercept that
[24] car going-
[25] **A:** (Interposing) Correct.

Page 9

[1] **Q:** -in an on-coming direction towards your vehicle,
[2] correct?
[3] **A:** Yes.
[4] **Q:** It is my understanding that that did not happen, you
[5] didn't see a vehicle fitting the description that left
[6] the house driving on the street; would that be correct?
[7] **A:** Correct.
[8] **Q:** Can you give me a description of the vehicle that left
[9] the house?
[10] **A:** All I seen, it looked like a dark colored four-door
[11] sedan type vehicle.
[12] **Q:** Make or model, do not know?
[13] **A:** I don't know for sure what it was.
[14] **Q:** Was it dark out at that time?
[15] **A:** Yes.
[16] **Q:** At some point your direction was directed to 154 North
[17] Genesee; is that correct?
[18] **A:** Correct.
[19] **Q:** Why was that?
[20] **A:** As we were coming up Genesee, we seen a vehicle in the
[21] driveway that appeared similar to the vehicle that we
[22] had seen. There was a light on at the back of the house
[23] and somebody standing at the back of the house.
[24] **Q:** You know, I apologize if you answered this already but
[25] were you outside at the Neome Street address at the time

Germaine Bomar — v.
City of Pontiac, et al
Case 2:08-cv-12629-AC-MJH   Document 20-7   Filed 05/29/09   Page 3 of 4
David Wheatcroft
January 22, 2009

Page 10

[1] this dark four-door sedan pulled up?
[2]   A: Yes.
[3]   Q: Did you have a chance to see how many people were in the car?
[5]   A: No, I did not.
[6]   Q: Do you have any kind of a description of the person who was driving the car?
[8]   A: No.
[9]   Q: You indicated that you saw a similar car at — what you thought was a similar car at 154 North Genesee?
[11]   A: Correct.
[12]   Q: What did you do at that point?
[13]   A: We exited the vehicle and approached the house.
[14]   Q: When you say we, would that be Officer Main, yourself and Brian Wood?
[16]   A: Yes.
[17]   Q: What happened next?
[18]   A: I went around to the — in front of the house and went to the south side of the house.
[20]   Q: What was Officer Main and Officer Wood doing; if you recall?
[22]   A: They went up the driveway around to the back side of the house.
[24]   Q: Did you hear Officer Main say anything to the individual who was in the driveway?

Page 11

[1]   A: No, I did not.
[2]   Q: Did you say anything of a verbal command as you were approaching the house?
[4]   A: No.
[5]   Q: Did you observe the individual doing anything at the back of the house as you first approached?
[7]   A: No, I did not.
[8]   Q: Was he just standing there or—
[9]   A: I don't know what he was doing. I went around the other side of the house so I have no visual of anybody at the back of the house.
[12]   Q: Did you have a flashlight with you or anything like that to illuminate your way?
[14]   A: I had — I have a flashlight that I carry on me. I don't know if I had it out.
[16]   Q: Do you recall if any of the other officers were shining flashlights in the backyard as they approached the house?
[19]   A: I have no idea.
[20]   Q: Did you have your weapon drawn?
[21]   A: I don't believe — I don't know for sure. I couldn't tell you. I may have had my entry weapon as a long gun but I don't even know if I had that or just my pistol. I don't recall.
[25]   Q: You don't recall whether you had it out?

Page 12

[1]   A: No.
[2]   Q: Do you recall whether Officer Main or Officer Wood had a weapon drawn?
[4]   A: I don't recall if they had one or not.
[5]   Q: So you approached from the opposite side of the house that Main and Wood were going?
[7]   A: Correct.
[8]   Q: There came a time when you got to the back of the house?
[9]   A: I reached the back — near the back of the house on the corner and at that point I heard somebody say they're going towards the front or they're heading towards the front. So at that point I left that post and went back around toward the front of the house.
[14]   Q: When you heard someone say they're going towards the front, did you recognize the voice?
[16]   A: I did at that time but at this point I don't know exactly who it was. I know it was either one of the two officers, Officer Main or Officer Wood.
[19]   Q: At that point you went back towards the front of the house?
[21]   A: Yes. I went back around the front of the house. I didn't see anybody up there so I went through the driveway and up to the one point where Officer Wood and Officer Main had originally went.
[25]   Q: When you got up to the point where Officers Wood and

Page 13

[1] Main were, what do you see going on?
[2]   A: Officer Wood had the son — I apologize, I don't know his name — he had the son on the ground. He was standing over top of him.
[5]   And Officer Main was dealing with the mother, and I believe he had her on the ground at the time.
[8]   Q: When you say Officer Wood had — was this a black male?
[9]   A: Yes.
[10]   Q: He was down on the ground?
[11]   A: Correct.
[12]   Q: Was he handcuffed?
[13]   A: I don't recall whether he was handcuffed or not at that particular time.
[15]   Q: When you say had him down on the ground, can you describe that a little bit better?
[17]   A: Laying on the ground on his stomach face down. His head was turned to the side but his body was flat on his stomach.
[20]   Q: That was Officer Wood?
[21]   A: Correct.
[22]   Q: Did he have his body over him to subdue him, to weight him down?
[24]   A: No, he wasn't — he wasn't standing on him or anything. He was just — I don't know if he was kneeling down or

Page 14

[1] standing up behind him. I don't recall exactly what he
[2] was doing with him.
[3]   Q: You said Officer Main was dealing with the female-
[4]   A: (Interposing) Correct.
[5]   Q: -who also was on the ground?
[6]   A: Yes.
[7]   Q: Did you notice if she was handcuffed?
[8]   A: I don't believe she was. He was still in the process of
[9] trying to handcuff her.
[10]   Q: At some point did you become aware that she was
[11] handcuffed by Officer Main?
[12]   A: I know they were both handcuffed at a later point. I
[13] remember seeing cuffs on both of them. I don't know at
[14] which point she was actually cuffed.
[15]   Q: Was that Officer Main who would have put the cuffs on
[16] the female?
[17]   A: I'm not sure who actually cuffed her. When I came
[18] around the back of the house and I took charge of the
[19] male that was laying on the ground, and Officer Wood
[20] then went to assist Officer Main.
[21]   Q: You say you took charge of the male that was on the
[22] ground. Was he handcuffed at that time?
[23]   A: Yeah, I believe so.
[24]   Q: You do not recall whether you put handcuffs on him?
[25]   A: No, I don't believe it was my cuffs. No, I think he was

Page 15

[1] already cuffed by that time.
[2]   Q: At any point did you enter into the home at North
[3] Genesee?
[4]   A: No, I did not.
[5]   Q: Did you see any officers in the home at North Genesee?
[6]   A: No, I did not.
[7]   Q: So by the time that you came around down the driveway,
[8] saw what was happening in the backyard, you have Officer
[9] Main, a female, Officer Wood and a male in the backyard;
[10] is that correct?
[11]   A: Correct.
[12]   Q: You never saw Main go in the back door?
[13]   A: No.
[14]   Q: After you took control of the male, what did you do?
[15]   A: Actually, just knelt down beside him and was trying to
[16] get him — because he was yelling and upset, you know,
[17] so I was just trying to calm him down.
[18]   Q: What was he yelling; do you know?
[19]   A: I don't even remember. He was just yelling. I don't
[20] know if he was yelling for his mom or—
[21]   Q: Can you estimate at this point how long the handcuffs
[22] would have been on him?
[23]   A: At that point when I was talking to him?
[24]   Q: Right.
[25]   A: Probably under a minute.

Page 16

[1]   Q: Under a minute?
[2]   A: Under a minute, two at the most.
[3]   Q: How was it that he was uncuffed; did you do that on your
[4] own volition or on someone else's order?
[5]   A: I don't recall. I believe it came out that once
[6] everything calmed down we just took the cuffs off him
[7] because he was cooperative at that point.
[8]   Q: Did you notice if he had any mark on his forehead or
[9] anything like that indicating injury?
[10]   A: I didn't see any.
[11]   Q: How far away were you, when you had, I guess, custody of
[12] the male, from Officer Main and the female that was on
[13] the ground?
[14]   A: They were probably, I'd say, eight to ten feet away.
[15]   Q: Did you have a fairly good viewpoint of what was
[16] happening with the female and Officer Main then?
[17]   A: No. I was concerned with the male that was on the
[18] ground. I was trying to talk to him and calm him down
[19] so I wasn't paying attention to anything over there.
[20]   Q: Do you know whether any pepper spray was used that
[21] night?
[22]   A: I'm not sure about that.
[23]   Q: So that means you're not aware either way; is that
[24] correct?
[25]   A: Yeah, I couldn't tell you if it was or if it wasn't.

Page 17

[1]   Q: Describe to me how you were dressed that night.
[2]   A: What they call urban camo — which is kind of black and
[3] gray camo — black tactical vest.
[4]   Q: By camo, we're talking camouflage; is that right?
[5]   A: Yeah. It's kind of a black and gray pattern.
[6]   Q: And the tactical vest?
[7]   A: Yeah, it's a black tactical vest that says "Police" in
[8] white letters across the front and back.
[9]   Q: What about Officer Main, was he dressed similarly; if
[10] you know?
[11]   A: I don't know.
[12]   Q: How about Officer Wood?
[13]   A: He would have been dressed similar to me.
[14]   Q: At some point Officer Cosby came to that address; do you
[15] remember?
[16]   A: Sergeant Cosby, yes.
[17]   Q: Did you have any discussions with him?
[18]   A: I didn't, no.
[19]   Q: Did you hear any discussions he was having with Officer
[20] Main or Officer Wood?
[21]   A: I didn't hear anything, no. He spoke to them but the
[22] context of what they spoke about, I have no idea.
[23]   Q: Were you there when any other police officers arrived at
[24] the scene?
[25]   A: Yes.