Page 6

1  Q. I hope the program, helping you get used to it, works.
2     Good luck with that.
3            How are you doing in school?
4  A. Good.
5  Q. What kinds of grades are you getting?
6  A. As and Bs.
7  Q. What's your favorite class?
8  A. Spanish.
9  Q. All right. What class do you hate, if you hate one?
10 A. Math.
11 Q. You hate math?
12 A. Yes.
13 Q. Can you still do it, though?
14 A. Yes.
15 Q. All right. Now, you heard me ask a whole lot of
16    questions of your brother about what happened.
17 A. Yeah.
18 Q. I want to ask you questions about what happened, but I
19    want to tell you why, because I already know what your
20    mom said and what your brother said. I want to know
21    what you saw. You see what I'm saying? I don't want
22    to know what your brother told you happened to him. I
23    don't want to know what your mom told you happened to
24    her. I only want to know what you saw, what you
25    remember seeing with your own eyes and hearing with

Page 7

1     your own ears.
2            Do you understand what I'm saying?
3  A. Yes.
4  Q. We call that personal knowledge as lawyers. Okay?
5  A. Okay.
6  Q. Because that's what's important to me is what you saw.
7     Okay? And find out what happened to you. Okay?
8  A. Okay.
9  Q. So you were in the house, I assume?
10 A. Yes.
11 Q. Where were you?
12 A. I was just walking out the bathroom and going into the
13    kitchen, and my brother came in the house.
14 Q. So you saw him run in the house?
15 A. Yes.
16 Q. How did his face look to you?
17 A. Terrified.
18 Q. Yeah. Then what happened?
19 A. And then a couple of seconds later, I seen four guys
20    come into the house.
21 Q. Okay. What did you do?
22 A. I was just nervous, standing there, trying to figure
23    out what was going on.
24 Q. So you -- you stood there and watched what happened?
25 A. Yes.

Page 8

1  Q. Okay. There were four guys?
2  A. Uh-huh.
3  Q. Yes?
4  A. Yes.
5  Q. Were all four of them white?
6  A. I only think one of them was black, and he was
7     standing in the corner.
8  Q. Three white and one black, with the black guy in the
9     corner?
10 A. Yes.
11 Q. Okay. Like, in the stairs, by the door?
12 A. Yeah.
13 Q. All right. Then what did -- what did -- what happened
14    next, after they came in?
15 A. Well, my mom stopped cooking and jumped in the way and
16    came between the guy and my brother, and they kept
17    trying to push her out the way and get to my brother
18    and kept saying, "Shut up. We just want the boy."
19    And then that's when I seen them hit my brother with
20    the flashlight. And then I just walked away and just
21    went in my room, trying to figure out what was going
22    on.
23 Q. That was scary, wasn't it?
24 A. Yes.
25 Q. Did you walk or did you run?

Page 9

1  A. Walk. And then I went back in, and I seen my brother
2     on the ground.
3  Q. Was he on the ground in the kitchen?
4  A. Yes. Well, he was in between the stairs in the
5     kitchen.
6  Q. Okay.
7  A. And a guy put a gun to his head and said, "Don't
8     move." And then I just walked away. And my little
9     brother came down the stairs to go to the bathroom, so
10    I just went with him.
11 Q. Did you go in the bathroom with him?
12 A. Yeah.
13 Q. Okay.
14 A. And then when I came back out, they wasn't in the
15    house, but I just heard, like, fighting outside, like
16    they was trying to get out of the way and stuff. And
17    then I just took my little brother, when he was done
18    in the bathroom, and took him to my brother's room,
19    because that's the farthest room from the kitchen, and
20    I just put him in there and closed the door and turned
21    the TV on.
22 Q. And then what happened?
23 A. And then I just -- since my room is right next to the
24    backyard, I just looked out the window, and I seen my
25    mom on the ground, fighting with this other guy, and

Page 10

1     then my brother was sitting up, like, handcuffed.
2 Q. Was your mom handcuffed at that point, or no?
3 A. No.
4 Q. And then what happened?
5 A. And then I seen a guy punch my mom right in her jaw,
6     and then he handcuffed her and pepper-sprayed her.
7 Q. What hand did he use to hit her in the jaw?
8 A. Right.
9 Q. His right hand?
10 A. Yes.
11 Q. And where on his -- where on your mom's face did he
12     strike?
13 A. Over here.
14 Q. On the right side?
15 A. Yes.
16 Q. Like there?
17 A. Uh-huh.
18 Q. Okay. And then what happened?
19 A. And then I guess I went back in my room with my little
20     brother. And then I walked back out and I heard my
21     mom holler, "Call the police." And someone told her
22     that "We are the police," like in a chuckling way.
23     And then I went anyways, and there was a black lady on
24     the phone, and she said they was on their way and kept
25     telling me to calm down. And then my mom told me to

Page 11

1     call my grandma and my grandpa, and, so I did, but
2     both of them, they didn't answer.
3 Q. Okay. When your mom got hit, was she sitting on the
4     ground or standing up or lying down?
5 A. Lying down.
6 Q. Was she lying down on her back?
7 A. Yes.
8 Q. So she was laying on her back with her face pointing
9     towards the sky?
10 A. Yes.
11 Q. Okay. After you called your grandma and grandpa and
12     there was no answer, what did you do?
13 A. I just walked back to the kitchen to see if they was
14     still outside or in the house. They was still
15     outside, and I heard crying. So I really didn't know
16     what happened, why she was crying, so --
17 Q. Your mom?
18 A. Yes.
19 Q. And then what happened?
20 A. And then they -- when the other police rang the
21     doorbell, and I wasn't sure to answer the door,
22     because I didn't really trust them, but I did, and
23     they just walked through the house and went straight
24     to the back door, and I wished they went around the
25     house.

Page 12

1 Q. And then what happened?
2 A. And then they asked if we was okay before they went
3     outside.
4 Q. Meaning you and your brother, your little brother?
5 A. Yes.
6 Q. What did you tell him?
7 A. Yes.
8 Q. Okay. And then what happened?
9 A. And then I didn't really know what happened, because
10     they was outside and I was still in the house, just
11     nervous, pacing around.
12 Q. Yeah.
13 A. And it was around 9 o'clock. So, then, like, 20
14     minutes later, they came in the house, my mom and my
15     older brother, and my mom was crying and my older
16     brother was just nervous.
17 Q. And then what happened?
18 A. And then we didn't eat. We just left right out and
19     went to the hospital.
20 Q. Did you -- go on.
21 A. And then we wasn't sure to go outside, because my
22     older brother said it might be a trap; they might be
23     still outside. So we really wasn't sure.
24 Q. Was this before you went to the hospital?
25 A. Uh-huh.

Page 13

1 Q. Okay.
2 A. And, so, we just hurried up and got in the car, and we
3     just left and went to the hospital.
4 Q. Had you seen any counselors or therapists or doctors?
5 A. Yes.
6 Q. Okay. Who have you seen?
7 A. Gayle.
8 Q. Gayle Powell --
9 A. Uh-huh.
10 Q. -- you think?
11 A. Uh-huh.
12     MR. HUGHES: Yes?
13 BY MR. GOLDSTEIN:
14 Q. Is that a yes?
15 A. Yes.
16 Q. All right. What do you talk with Gayle Powell about?
17 A. Well, I talk with her about what happened, and it kind
18     of helped me through this, and it keeps on going over
19     and over again, because it, like, helped me out.
20 Q. How does it help you, do you know?
21 A. Because I'm not, like, holding my feelings inside of
22     me, and I'm just getting them out.
23 Q. Are you having anything like nightmares, like your
24     brother has had?
25 A. Yeah. Sometimes I'm having nightmares and flashbacks

Page 14

1   for no reason. It just automatically comes.
2   Q. Does something trigger the flashback or nightmare, or
3       does it just happen by itself?
4   A. It just happens.
5   Q. Like how often?
6   A. I just had a flashback or a nightmare about -- last
7       month.
8   Q. Okay. Does it happen about, you know, once every
9       other month or once every month or every day?
10  A. Once a month.
11  Q. Do you keep a diary or anything?
12  A. Yeah.
13  Q. Do you write about it in your diary?
14  A. Sometimes.
15  Q. And sometimes you don't?
16  A. Uh-huh.
17  Q. Is that a yes?
18  A. Yes.
19  Q. What bothers you the most about what happened?
20  A. What bothers me the most is that I didn't know what
21      happened. They automatically came in the house, and
22      it was for no reason, because I know my older brother
23      didn't do anything wrong, so I really didn't know why.
24      They just came in the house, and I didn't even know
25      they was real police.

Page 15

1       MR. GOLDSTEIN: All right. I don't have
2   any other questions.
3              EXAMINATION
4   BY MR. HUGHES:
5   Q. Do you remember how the -- when the first people who
6       came to the back door, how they were dressed?
7   A. Yeah. They had white T-shirts and Army pants.
8   Q. Did you see anything on their shirt or on their pants
9       that said "police"?
10  A. No.
11  Q. How long of a time did you have to -- and I know you
12      weren't looking at your clock or your watch, but about
13      how long do you think you were able to see the police
14      officers who were at the back door?
15  A. Probably about 15 minutes. Fifteen.
16  Q. About 15 minutes?
17  A. Uh-huh.
18  Q. I'm talking about when you first saw them, where
19      they're coming through the door.
20  A. Yeah. It was about 15 -- 15 minutes.
21  Q. Before the whole thing was all over?
22  A. No. It was about an hour for about the whole thing.
23  Q. Okay. All right. But you didn't see anything that
24      said "police." Right?
25  A. Yes. I didn't see anything that said police.

Page 16

1   Q. All right. When they first came through the door, did
2       they say anything about them being the police?
3   A. No.
4   Q. Do you remember calling your mom? You said your mom
5       asked you to call 911. Right?
6   A. Yes.
7   Q. Okay. Do you remember calling more than once?
8   A. No.
9   Q. You just remember calling once?
10  A. Yes.
11  Q. Okay. Do you remember what you told them?
12  A. Yes. I told them that there was some guys that came
13      to my house and took my mom and my older brother, and
14      I didn't know if they was police or not.
15          MR. HUGHES: Okay. All right. All right.
16  I don't have any other questions. Thank you.
17          MR. GOLDSTEIN: No questions.
18          (The deposition was concluded at 2:42 p.m.
19      Signature of the witness was not requested by
20      counsel for the respective parties hereto.)

Page 17

1              CERTIFICATE OF NOTARY
2   STATE OF MICHIGAN )
3              ) SS
4   COUNTY OF OAKLAND )
5
6       I, CRYSTAL HETTENHOUSE, a Notary Public in
7   and for the above county and state, do hereby
8   certify that the above deposition was taken before
9   me at the time and place hereinbefore set forth;
10  that the witness was by me first duly sworn to
11  testify to the truth, and nothing but the truth;
12  that the foregoing questions asked and answers made
13  by the witness were duly recorded by me
14  stenographically and reduced to computer
15  transcription; that this is a true, full and correct
16  transcript of my stenographic notes so taken; and
17  that I am not related to, nor of counsel to either
18  party nor interested in the event of this cause.
19
20
21
22      _____
23      CRYSTAL HETTENHOUSE, CSR-5360
24      Notary Public,
25      Oakland County, Michigan
        My Commission expires: November 12, 2014

N 9                                                                                   LPO07 - 0911040980  PO
3355 CIVIL MATTER                                                             09/11/07   TUE

## INCIDENT - 3355 CIVIL MATTER
## 154 N GENESEE AVE          PON

RECEIVER: 00601     ORGIN: 911     -CAL-     -RCV-     -DIS-     -ARV-     -CLR-
DISPATCHER: 00668                           21:18:54   21:20:05   21:22:30   21:23:11   21:34:19
UNITS SENT: 23     BADGES: 00499 00311             1:11       2:25       0:41       0:11:08
                        BEAT: PO03
                        AREA: PT3
                        SECTOR: PO03

COMPLAIN: G BOMAR                             (248) 758-1615
           154 N GENESEE

ACTIVITY:

| Unit id | DISPATCH | ENR | ARRIVED | CLEAR | ARV Hosp. | ENR Hosp. | ENR Other | ARV Other | DISP | Officer 1 | Officer 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 21:22:30 | --:--:-- | 21:23:11 | 21:34:19 | --:--:-- | --:--:-- | --:--:-- | --:--:-- |  | 00499 BOWIEC | 00311 DORKINSD |
| 23A | 21:23:16 | --:--:-- | 21:23:19 | 21:32:54 | --:--:-- | --:--:-- | --:--:-- | --:--:-- | N | 00473 RUSSELLD |  |

21:20:06    10 Y/O FEMALE SAYS SOME PEOPLE JUST CAME IN AND TOOK COMPT MOM AND          BY: 00601
21:20:06    BROTHER/ THEY HIT HER BROTHER IN THE HEAD          BY: 00601
21:21:31    THE 10 Y/O SAYS THE PEOPLE SAYS THEY R THE POLICE          BY: 00601