©2001-2006 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

```
03        POH Medical Center, Pontiac, MI
          EMERGENCY NURSING RECORD
                 Head / Face Trauma
```

Name: Bomar, Germaine N  DOB 10/09/69
DO: 11423636
ADMIT PHY: Jones, Jennifer L    Date 09/11/07   37Y F   676091

TRIAGE TIME 2315    emergent  urgent  non-urgent
HISTORIAN: (patient)  paramedics  family
ARRIVAL MODE: (car)  EMS  police
PCP: none
^IMMUNIZATIONS: current / referral
tetanus _____ flu _____ pneumovax _____
TREATMENT PTA  see EMS report  IV  O₂  c-collar  backboard
last blood glucose _____
VITALS  Height 5'7"  Weight 165 kg
BP 128/82  P 100  RR 16  temp 99.2  TM O R Ax
SaO₂ 99 (RA) O₂ _____ GCS _____
visual acuity: Right 20/_  Left 20/_  Both 20/_
corrected / uncorrected

PAIN LEVEL current: _/10  max _/10  acceptable _/10
scale used _____ quality _____

CHIEF COMPLAINT  alleged assault
occurred (just PTA)  hrs / days ago
States assaulted in back yard
by man in camouflage in attempt
to protect son
lost consciousness / dazed _____  nausea / vomiting x _____

INJURIES / PAIN
head — goose egg       eye R/L both
face                   nose
ear R/L                mouth
neck — also c/o (R) leg pain

MECHANISM
fall                   animal bite
(direct blow) fists    chemical
cut with               burn

ALLERGIES (NKDA)
drug - PCN / ASA / sulfa / latex / codeine / iodine
food -

MEDS (none)  see med list

PAST MEDICAL HX (negative)
heart disease / HTN / diabetes: insulin
past surgeries  none

SOCIAL HX
smoker _____ ppd  drugs / alcohol
^TB exposure / symptoms
^has been physically hurt or threatened by someone close

LNMP _____  G _ P _ Ab _  pregnant / postmenop / hyst

RN Signature _____
Page 1 of 2

---

TIME TO ROOM: 2315   ROOM: 7

INITIAL ASSESSMENT  TIME: 2315
GENERAL APPEARANCE
\ no acute distress        _ c-collar / backboard in place
✓ alert                    _ mild / moderate / severe distress
                           _ anxious / decreased LOC
  tearful, voice shaking

^FUNCTIONAL / NUTRITIONAL ASSESSMENT
✓ independent ADL          _ assisted / total care
✓ appears well             _ obese / malnourished
✓ nourished / hydrated     _ recent weight loss / gain

CVS / RESPIRATORY          _ mild / moderate / severe distress
✓ no resp distress         _ cool / diaphoretic
✓ skin warm & dry

NEURO                      _ disoriented to person / place / time
✓ oriented x3              _ confused / memory loss
_ PERRL                    _ pupils unequal  R _ L _
                           _ weakness / sensory loss

HEAD / FACE                ✓ see diagram
_ no evidence of trauma    _ laceration / abrasion / swelling
  to head / eye / ear / face _ tenderness
_ non-tender               _ periorbital hematoma
_ skin intact              _ subconjunctival hemorrhage
_ no visual disturbance    _ Raccoon eyes / Battle's sign
_ no drainage              _ ecchymosis
                           _ nasal injury
                           _ dental injury / malocclusion
                           _ drainage

[head diagram — raised area noted]

Legend:
T=Tenderness
S=Swelling
E=Ecchymosis  B=Burn
C=Contusion
Lac=Laceration
A=Abrasion
M=Muscle spasm
PW=puncture wound
Example- T = Tenderness on palpation

NECK / BACK                _ laceration / abrasion / swelling
_ no evidence of trauma    _ tenderness
_ non-tender               _ limited ROM
_ nml ROM

ADDITIONAL FINDINGS
tender (R) lateral knee

INITIAL ACTIONS
| TIME | | | INIT |
|---|---|---|---|
| | ID band applied | ID band verified | |
| | c-collar | backboard | |
| | disrobed / gowned | blanket provided | |
| | ice pack | bandage applied | |
| | bed low position | side rails up x1 x2 | |
| | call light in reach | head of bed elevated | |

Nurse Signature _____
^ protocol available

00 051
```

## ACTIONS

| TIME | | INIT |
|---|---|---|
| | visual acuity: Rt 20/__ Lt 20/__ Both 20/__ | |
| | corrected / uncorrected | |
| | set up suture tray    eye tray | |
| | cardiac monitor | |
| | pulse oximeter    O₂ ____ L via ____ | |
| | Accu-Chek | |
| | ready for Dr eval.    notified doctor / seen by Dr | |
| | restraints   see documentation | |

## IV STARTS

| TIME | # | site | gauge | attempts | complications | INIT |
|---|---|---|---|---|---|---|
| | | | | | | |

## IV / MEDICATION INFUSION RECORD

| Start Time | Solution / Med | IVPB | Rate ml / hr | Stop Time | Amount Infused | INIT |
|---|---|---|---|---|---|---|
| | Response:  no change   improved | | | | | |
| | Response:  no change   improved | | | | | |
| | Response:  no change   improved | | | | | |

## MEDICATIONS

| TIME | Medication | Dose | Route | Site | INIT |
|---|---|---|---|---|---|
| | Td / TT | 0.5mL | IM | | |
| | lot #:       exp. date       manufac | | | | |
| 0330 | MOTRIN | 600 | PO | | J |
| | Response:  no change  improved | | | | |
| 0330 | ATIVAN | 0.5 | SL | | J |
| | Response:  no change  improved | | | | |
| | Response:  no change  improved | | | | |
| | Response:  no change  improved | | | | |

## PROCEDURES

| TIME | | INIT |
|---|---|---|
| | laceration repair to  scalp  face | |
| | assisted by: | |
| | foreign body removed   assisted by: | |
| | eye irrigation    fluorescein | |
| | Morgan lens   sol       amt | |
| | Swallow screen    pass       fail | |
| | cleaned wound       applied abx ointment | |
| | applied eye patch / dressing / Band-Aid / elastic wrap | |
| | to Xray   w/ monitor / nurse / O₂ / tech | |
| | return to room | |
| | to CT    w/ monitor / nurse / O₂ / tech | |
| | return to room | |

Head / Face Trauma - 03   Page 2 of 2

## VITAL SIGNS

| TIME | BP | P | RR | T | SaO₂ | GCS | Pain | Pupils | INIT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |
| | | | | | | | /10 | | |

### ADDITIONAL NOTES

### INTAKE
__ IV / saline lock discontinued:

### OUTPUT
Total Amt Infused ____
Time ____ Initials ____

### PROPERTY TO:
__ patient __ family __ security __ safe __ see patient belongings list

### DISPOSITION
__ discharged   home   police   nursing home   ME   funeral home
__ verbal / written instructions / RX  given to:   patient ____
__ verbalized understanding
__ learning barriers addressed
__ accompanied by / driver ____
__ admitted / transferred to ____
__ report to ____ time ____
__ transfer documentation completed
__ notified family / police / ME
__ left AMA / LWBS   signed AMA sheet   refused
__ physician notified of:

### Discharge Vitals
BP ____ HR ____ RR ____ Temp ____ SaO₂ ____
pain level at discharge ____ /10

### CONDITION
__ unchanged   __ improved   __ stable   __ other ____
Depart Time ____ Mode: walk  crutches  W/C  stretcher  ambulance

Discharge Nurse Signature ____

☐ Continuation Sheet

| SIGNATURE | INITIAL |
|---|---|
| | J |

Bomar, Germaine N
11423636
DOB 10/09/69
37Y F
09/11/07  676091
00 052

# POH Medical Center, Pontiac MI
## EMERGENCY PHYSICIAN RECORD
### Alleged Assault (5)

© 1995-98 E.S.C. Circle positives, check normals, backslash (\) negatives.
20

Bomar, Germaine N   DOB 10/09/69   37Y F
11423636   09/11/07   676091
ADMIT PHY: Jones, Jennifer L

**TIME SEEN:** 2350   **ROOM:** 7
**HISTORIAN:** _patient_ paramedic translator
**chief complaint:** Assault

**occurred:** 1 hr ago
- (Just PTA)
- EMS arrival
- today
- yesterday
- ___ days PTA

**where:** in backyard
- (home)
- school
- neighbor's
- city park
- work
- street

**context:** (fists) kicked  choking  on ground
(pushed/thrown down)  pushed/thrown against wall
struck with object(s):
put body weight on (L) knee
punched in face
went up to cut off ass'person

**blow to head?**  no (yes)
**if yes, LOC?** (no) dazed  yes
**if LOC, remembers:**  injury  coming to hospital

**pain/discomfort:** assaulting so...
(head) (face) (neck)
chest  abdomen
back  upper  mid  lower
radiating to R/L  thigh/leg
R - shoulder UE  hip  LE
(L) shoulder UE  hip (LE)

**ROS** limited by:
loss feeling/power arms/legs
(headache)
(double vision/hearing loss)
(trouble breathing/chest pain)
nausea/vomiting
loss of bladder function
skin laceration
recent fever/illness

**SOCIAL HISTORY**  recent ETOH  (smoker) drug abuse

**PAST HISTORY** _see nurses note_  other problems
panic attacks

**Meds-** (none) see nurses note
**Allergies-** NKDA
☐ Nursing Assessment Reviewed.  ☐ Tetanus immunization current.  hyperventilating

**PHYSICAL EXAM** (Alert) Anxious, fearful, voice shaking
**Distress:** NAD (mild) moderate  severe
c-collar (PTA / in ED)  back-board  IV  splint

**HEAD**
- no evidence of trauma
- (see diagram)
- Battle's sign / Raccoon Eyes

**NECK**
- non-tender
- painless ROM
- trachea midline
- (see diagram)
- (vertebral point tenderness)
- (muscle spasm/ decreased ROM)
- (pain on movement of neck)

**EYES**
- ✓ PERRL
- ✓ EOMI
- unequal pupils R __ mm  L __ mm
- EOM entrapment/palsy
- subconjunctival hemorrhage
- pale conjunctivae
- foreign body
- hyphema
- corneal abrasion
- retinal detachment / papilledema

**ENT**
- ✓ nml external inspection
- ✓ no dental injury
- hemotympanum
- nasal septal hematoma
- TM obscured by wax
- clotted nasal blood
- dental injury / malocclusion

**RESP & CVS**
- ✓ chest non-tender
- ✓ breath sounds nml
- ✓ heart sounds nml
- see diagram
- decreased breath sounds
- wheezing / rales
- splinting / paradoxical movements
- tachycardia

**ABDOMEN**
- ✓ non-tender
- ✓ no organomegaly
- see diagram
- rebound tenderness
- mass / organomegaly

**GENITAL EXAM**
- nml genital exam
- nml vaginal exam
- perineal hematoma
- blood at urethral meatus

**RECTAL**
- nml rectal exam
- heme neg. stool
- decreased rectal tone

Diagram annotations: Abrasions, Tenderness, Tenderness spinous process

Legend: T=Tenderness, PtT=Point Tenderness, S=Swelling, E=Ecchymosis, C=Contusion, Lac=Laceration, A=Abrasion, M=Muscle spasm, PW=puncture wound, B=Burn, (without)=mild, (mod)=moderate, (severe)=severe, Tsv = Tenderness on palpation (severe)

MR1324-20 9/98   00 053   892243

**NEURO/PSYCH**
- ✓ oriented x3
- ✓ mood & affect
- ✓ CN's nml as tested
- ✓ sensation & motor nml
- ___ confusion / disorientation
- ___ EOM palsy/anisocoria
- ___ facial asymmetry
- ___ sensory/motor deficit
- ___ unsteady / ataxic gait

Reflexes

**SKIN**
- ✓ intact
- ✓ warm, dry
- ___ see diagram
- ___ crepitus / diaphoresis

**BACK** No CVA
- ✓ no CVA tenderness _tenderness_
- ✓ no vertebral tenderness
- ___ see diagram
- ___ vertebral point-tenderness — lumbar spine
- ✓ CVA tenderness
- ___ muscle spasm
- ___ limited ROM

**HIPS/PELVIS**
- ✓ pelvis stable
- ✓ hips non-tndr
- ___ see diagram
- ___ bony point-tenderness
- ___ painful / unable to bear weight

**EXTREMITIES**
- ✓ no evidence of trauma
- ✓ nml ROM
- ✓ no pedal edema
- ___ see diagram
- ___ bony point-tenderness
- ___ painful / unable to bear weight
- ___ pulse deficit
- Joint Exam: ___ limited ROM/ ligamnts laxity / joint effusion — Pain in (L) knee

**PROGRESS:** Pt calm VSS.
- Pt declined head CT / c-spine CT — sts she just wants to go home. HCT given, will return if worse

**FACULTY** Patient seen and examined; resident's history reviewed.
- HX: Alleged assault, given small contusion to forehead
- EXAM: VSS HEENT P normal, NR, L. clear, A soft NT/ND
- Disc'd w/ Resident, PLAN: dc'd
- ___ discussed with Dr. ___
- ___ Rx given

**CLINICAL IMPRESSION** — ALLEGED ASSAULT (circled)

| contusion | | concussion |
|---|---|---|
| head | wrist R/L | with LOC  w/o LOC |
| face | hand R/L | |
| chest | hip R/L | **sprain / strain** |
| abdomen | thigh R/L | neck  dorsal |
| back | knee R/L | lumbar |
| shoulder R/L | leg R/L | |
| arm R/L | ankle R/L | |
| elbow R/L | foot R/L | |
| forearm R/L | **laceration** | |

other: Acute Neck Strain

**XRAYS** C-spine  CXR
- ___ normal / NAD
- ___ straightening/reversal of cervical lordosis
- ___ DJD
- ___ fracture
- Xray mandible — NAD
- Xray C-spine — NAD

**Wound Description/Repair**
length ___ cm  location ___
- superficial  SQ  muscle  linear  stellate  irregular
- clean  contaminated  moderate / heavy
- distal NVT: neuro & vascular status intact / no tendon injury
- anesthesia: local  digital block ___ cc
- lidoc 1% 2% epi / bicarb  marcaine .25% .5%  LET
- prep: Betadine / Shur-Cleans / Hibiclens  debrided / undermined
- irrigated/washed w/ saline ___ hemostasis ___
- ___ extensively  foreign material removed ___
- ___ explored  minimal  moderate  extensive
- repair: SKIN- # ___ -0 nylon / prolene / staples
- SUBCU- # ___ -0 vicryl / chronic
- *may indicate intermediate repair  **may indicate intermediate or complex repair

DISPOSITION- ☑ home  ☐ admitted  ☐ transferred
CONDITION- ☐ unchanged  ☐ improved  ☑ stable

Resident ___ MD/DO
Attending ___ MD/DO

Bomar, Germaine N
11423636  DOB 10/09/69  37Y F
09/11/07  676091
ADMIT PHY Jones, Jennifer I

Alleged Assault-20

00 054