# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

GERMAINE BOMAR,

    Plaintiff,

VS.

PONTIAC POLICE OFFICER
DANIEL MAIN,

    Defendant.
_____/

Case No: 08-cv-12629
Hon. Avern Cohn

| | |
|---|---|
| PAUL M. HUGHES (P36421)<br>Attorney for Plaintiffs<br>1391 Woodbridge Street<br>Detroit, MI  48207-3109<br>(313) 567-1650<br>paul@attorneyhughes.com | ERIC S. GOLDSTEIN (P45842)<br>Johnston, Sztykiel, Hunt, Goldstein,<br>  Fitzgibbons & Clifford, P.C.<br>Attorney for Defendant<br>1301 W. Long Lake Road, Suite 250<br>Troy, MI  48098<br>(248) 641-1800<br>egoldstein@jshlawmi.com |

_____/

## NOTICE OF APPEAL

Notice is hereby given that Officer Daniel Main, hereby appeals to the United States Court of Appeals for the Sixth Circuit from that portion of the Order denying in part Defendants' Motion for Summary Judgment under qualified immunity in an Order (E-Docket #69), entered in this action on the 17th day of August, 2010.

                BY:  s/Eric S. Goldstein
                Eric S. Goldstein (P45842)
                Attorney for Defendant
                1301 W. Long Lake Road
                Suite 250
                Troy, MI  48098
                (248) 641-1800
                egoldstein@jshlawmi.com

Dated:  September 3, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:  Paul M. Hughes at paul@attorneyhughes.com, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:  **none**.

BY:  s/Eric S. Goldstein
Eric S. Goldstein (P45842)
Attorney for Defendant
1301 W. Long Lake Road
Suite 250
Troy, MI  48098
(248) 641-1800
egoldstein@jshlawmi.com